804

No. 70–5140. COLE *v.* NIGRO, JUDGE. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 71–59. HERSHBERGER ET UX. *v.* CITY OF TROY ET AL. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 71–193. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 70–133. STRASBOURG *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 70–214. PINSON, ADMINISTRATOR *v.* CALIFORNIA. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 71–18. PACHECO *v.* PACHECO. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 71–5023. HAYNES ET AL. *v.* NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN is of the opinion that probable jurisdiction should be noted and case set for oral argument.